UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW GIORGIO and      *
COLIN TRAVER,      *
     *
     Plaintiffs,      *
     *
     v.      *      Civil Action No. 12-11171-JLT
     *
HAROLD W. CLARKE, MICHAEL      *
THOMPSON, DUANE MACEACHEARN, *
GARY RODEN, LISA JACKSON, and      *
STEVEN DUXBURY,      *
     *
     Defendants.      *

ORDER

July 31, 2013

TAURO, J.

After a hearing on July 17, 2013, and for the reasons stated in the accompanying

memorandum, this court hereby orders that:

1. Defendants' Motion to Dismiss [#18] is ALLOWED IN PART and DENIED IN

PART. The case is DISMISSED as to Defendants Clarke, Thompson,

MacEachearn, and Roden. The case may proceed against Defendants Jackson and

Duxbury.

2. Plaintiffs' Motion to Amend the Complaint [#28] is ALLOWED IN PART and

DENIED IN PART. Plaintiffs may amend the complaint only as to Defendants

Jackson and Duxbury.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge