# DRAFT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MATTHEW GIORGIO and COLIN TRAVER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-11171-LTS |
| STEVEN DUXBURY, | ) ) ) | |
| Defendant. | ) ) | |

## SPECIAL VERDICT QUESTIONS FOR THE JURY

1. Did Plaintiff Matthew Giorgio prove by a preponderance of the evidence that Defendant Steven Duxbury interfered with Mr. Giorgio's free exercise of religion in violation of Mr. Giorgio's rights under the First Amendment to the United States Constitution?

    Yes  _____    No  _____

    *If you answered "yes," please proceed to Question No. 2.  If you answered "no," please proceed to Question No. 4.*

2. Did Plaintiff Matthew Giorgio prove by a preponderance of the evidence that Steven Duxbury's unlawful conduct proximately caused harm to Mr. Giorgio?

    Yes  _____    No  _____

    *If you answered "yes" to Question No. 2, please proceed to Question No. 3.  If you answered "no" to Question No. 2, please proceed to Question No. 4.*

3. State in dollars and cents the amount, if any, you award to Matthew Giorgio as compensatory damages, being established by a preponderance of the evidence, or nominal damages for his injuries proximately caused by Steven Duxbury's unlawful conduct.

    $_____   (amount expressed by numbers)
    _____   (amount expressed by words)

    *Please proceed to Question No. 4.*

4. Did Plaintiff Colin Traver prove by a preponderance of the evidence that Defendant Steven Duxbury interfered with Mr. Traver's free exercise of religion in violation of Mr. Traver's rights under the First Amendment to the United States Constitution?

   Yes _____   No _____

   *If you answered "yes," please proceed to Question No. 5.  If you answered "no," please proceed to Question No. 7.*

5. Did Plaintiff Colin Traver prove by a preponderance of the evidence that Steven Duxbury's unlawful conduct proximately caused harm to Mr. Traver?

   Yes _____   No _____

   *If you answered "yes" to Question No. 5, please proceed to Question No. 6.  If you answered "no" to Question No. 5, please proceed to Question No. 7.*

6. State in dollars and cents the amount, if any, you award to Colin Traver as compensatory damages, being established by a preponderance of the evidence, or nominal damages for his injuries proximately caused by Steven Duxbury's unlawful conduct.

   $_____ (amount expressed by numbers)
   _____ (amount expressed by words)

   *Please proceed to Question No. 7.*

7. *If you answered "yes" to both Questions 1 and 2, please proceed to answer Question 7. Or, if you answered "yes" to both Questions 4 and 5, please proceed to answer Question 7.  Otherwise, please sign and date the form and inform the court officer that you have reached a verdict.*

   Has Mr. Giorgio or Mr. Traver established by a preponderance of the evidence that Mr. Duxbury's unlawful conduct that proximately caused Mr. Giorgio's and/or Mr. Traver's injuries were done maliciously, wantonly, or oppressively?

   Yes _____   No _____

   *If you answered "yes," please proceed to Question No. 8.  If you answered "no," please sign and date the form and inform the court officer that you have reached a verdict.*

8. State the amount of punitive damages, if any, that you award to Mr. Giorgio and/or Mr. Traver against Mr. Duxbury.

   $_____ (amount expressed by numbers)
   _____ (amount expressed by words)

*Please sign and date the form and inform the court officer that you have reached a verdict.*

I hereby certify the foregoing answers are the unanimous answers of the jury.

_____
Jury Foreperson

_____
Dated: