UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MATTHEW GIORGIO and COLIN TRAVER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-11171-LTS |
| STEVEN DUXBURY, | ) ) ) | |
| Defendant. | ) ) | |

AMENDED JUDGMENT

March 23, 2016

SOROKIN, J.

Pursuant to the jury's verdict, and in light of the Court's allowance of the Joint Motion for Judgment Notwithstanding the Verdict, Doc. No. 205, the Court enters judgment in favor of Plaintiffs Matthew Giorgio and Colin Traver against Defendant Steven Duxbury for unlawful interference with Plaintiffs' free exercise of religion in violation of the First Amendment to the United States Constitution: 1) in the amount of $50,001.00 in favor of Mr. Giorgio, and 2) in the amount of $50,000.00 in favor of Mr. Traver.

In the event any portion of the jury's remaining verdict or any court order is vacated, reversed, or remanded, the Plaintiffs shall have the right to pursue any claim for punitive damages at any retrial in the same manner as previously brought.

2

In accordance with the Court's prior rulings, all other claims are dismissed with prejudice.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge